UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**United States of America**

v.

**Cindy L. Young**

Criminal Case No. 1:23-cr-00241

MOTION TO CORRECT THE RECORD REGARDING MINUTE ENTRY DATED AUGUST 5, 2025

COMES NOW, the Defendant, Cindy L. Young, appearing pro se, and respectfully moves this Honorable Court to correct the record in the above-captioned case. Specifically, the Defendant requests that the Court amend the Minute Entry for proceedings held on August 5, 2025, which currently states that the Defendant remains on supervised release.

This entry is inaccurate. The Defendant received a full and unconditional presidential pardon in 2025 from President Donald J. Trump. As a result of the pardon, the Defendant is no longer subject to any conditions associated with her prior sentence, including supervision or bond status.

Accordingly, the Defendant respectfully requests that the docket be corrected to accurately reflect that she is no longer under supervised release or any form of bond.

WHEREFORE, the Defendant prays that this Court issue an order correcting the record consistent with the facts stated herein.

Respectfully submitted,

*Cindy L Young*
Cindy L. Young

20 Central Street

Bristol, NH 03222