UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

United States of America,

    v.                    Criminal No. 1:23-cr-00124-GMH-1

CINDY YOUNG,

    Defendant.

## NOTICE REGARDING REQUEST FOR MAGISTRATE JUDGE HARVEY'S SIGNED OATH OF OFFICE

Defendant Cindy Young, pro se, respectfully provides notice to the Court regarding her efforts to obtain a copy of Magistrate Judge G. Michael Harvey's signed oath of office.

On August __, 2025, Defendant submitted a request to the Records Department of the U.S. District and Bankruptcy Courts for the District of Columbia seeking a copy of Magistrate Judge Harvey's signed oath of office. On August 12, 2025, the Records Department responded that it does not provide this document and advised that the request should be directed to Judge Harvey's chambers.

Defendant has since transmitted a written request to Magistrate Judge Harvey's chambers, consistent with that guidance, seeking a copy of the signed oath of office pursuant to applicable federal records and transparency requirements.

This notice is provided to preserve a clear record of Defendant's good-faith efforts to obtain this document through official channels.

Respectfully submitted,

/s/ Cindy L. Young

Cindy L. Young, Pro Se